```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**DANIEL SPRIGGENS**                                       **CIVIL ACTION**

**VERSUS**                                                 **NO. 10-3219**

**ORLEANS PARISH PRISON, ET AL**                           **SECTION "I"(5)**

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 claims be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this   5th   day of January, 2011.

                                        _____
                                           LANCE M. AFRICK
                                        UNITED STATES DISTRICT JUDGE